IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>One Dell Laptop Computer and Other Devices | Case No. 3:22-mj-592<br><br>**MOTION RE-SEAL SEARCH WARRANT AND AFFIDAVIT** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Matthew D. Greenley, Assistant United States Attorney, moves the Court for an order sealing the Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Chad Tuura, Special Agent, Federal Bureau of Investigation, the Search Warrant Return, and this Motion to Seal in the above-captioned matter for an additional 180 days to August 12, 2024.

In support of this motion, the United States alleges and states:

The Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Chad Tuura, Special Agent, Federal Bureau of Investigation, and the Search Warrant Return, includes name(s) and information which, if made public, may compromise an on-going investigation if this information is disclosed.

Dated: February 14, 2024

                                                MAC SCHNEIDER
                                                United States Attorney

By:   */s/ Matthew D. Greenley*
       MATTHEW D. GREENLEY
       Assistant United States Attorney
       Quentin N. Burdick United States Courthouse
       655 First Avenue North - Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       MN Bar Board ID No. 034252X
       Matthew.Greenley@usdoj.gov
       Attorney for United States